```
1   ERIC DONEY, #76260
    eric@donahue.com
2   JULIE E. HOFER, #152185
    julie@donahue.com
3   ANDREW S. MACKAY, #197074
    andrew@donahue.com
4   DONAHUE GALLAGHER WOODS LLP
    1999 Harrison Street, 25th Floor
5   Oakland, California  94612-3520
    Telephone:    (510) 451-0544
6   Facsimile:    (510) 832-1486

7   Attorneys for Plaintiff
    AUTODESK, INC.
8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CLASSIC EQUINE EQUIP., INC., a Missouri corporation,<br><br>　　　　　Defendant. | CASE NO. C10-01820-MHP<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT CLASSIC EQUINE EQUIP., INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; [PROPOSED] ORDER**<br><br>[CIVIL L.R. 6-1(a)]<br><br>NO HEARING REQUIRED |

*Pursuant* to Civil L.R. 6-1(a), plaintiff Autodesk, Inc., by and through counsel, and defendant Classic Equine Equip., Inc., hereby stipulate that defendant Classic Equine Equip., Inc., shall have up to and including Friday, July 16, 2010, to answer or otherwise respond to the Complaint on file herein. The purpose of the extension is to provide the parties with an opportunity to discuss settlement without incurring unnecessary legal fees and expenses. Such an extension will not have any impact on the Case Management Conference or any other scheduled dates set by the Court.

IT IS SO STIPULATED.

Dated: June 29, 2010

DONAHUE GALLAGHER WOODS LLP

By: *Julie E Hofer*
Julie E. Hofer
Attorneys for Plaintiff
AUTODESK, INC.

Dated: June 28, 2010

CLASSIC EQUINE EQUIP., INC.

By: *[signature]*
Ronald Adam Busse

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 1, 2010

Hon. Marilyn H. Patel
United States District Court

IT IS SO ORDERED
Judge Marilyn H. Patel

-1-

STIPULATION FOR EXTENSION OF TIME

CASE NO. C10-01820-MHP