1  ERIC DONEY, #76260
   eric@donahue.com
2  JULIE E. HOFER, #152185
   julie@donahue.com
3  ANDREW S. MACKAY, #197074
   andrew@donahue.com
4  DONAHUE GALLAGHER WOODS LLP
   1999 Harrison Street, 25th Floor
5  Oakland, California 94612-3520
   Telephone:   (510) 451-0544
6  Facsimile:   (510) 832-1486

7  Attorneys for Plaintiff
   AUTODESK, INC.

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

| 13 | AUTODESK, INC., a Delaware corporation, | CASE NO. C10-01820-MHP |
|---|---|---|
| 14 | | **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;** ~~[PROPOSED]~~ **ORDER** |
| 15 | Plaintiff, | |
| 16 | v. | Current CMC Date:  August 9, 2010 |
| 17 | CLASSIC EQUINE EQUIP., INC., a Missouri corporation, | Requested Date:   October 11, 2010<br>Time:              4:00 p.m.<br>Dept.:             15, 18th Floor |
| 18 | Defendant. | Judge:             Hon. Marilyn H. Patel |

19

20

21

22

23

24

25

26

27

28

## STIPULATION

Pursuant to Civil L.R. 6-2(b) and Civil L.R. 16-2(e), plaintiff Autodesk, Inc., by and through counsel, and defendant Classic Equine Equip., Inc., ("Classic Equine"), hereby stipulate, agree, and request that the Case Management Conference currently scheduled for August 9, 2010 be postponed until October 18, 2010 at 4:00 p.m., and that all related dates be adjusted accordingly.

The parties have tentatively agreed upon the terms of settlement and are in the process of finalizing the written agreement to memorialize those terms. Accordingly, before October 18, 2010, the parties anticipate being able to file with the Court a dismissal of this action.

The parties further stipulate that Classic Equine shall have up to and including Friday, September 3, 2010, to answer or otherwise respond to the Complaint on file herein.

This Stipulation is supported by the concurrently submitted Declaration of Julie E. Hofer.

IT IS SO STIPULATED.

Dated: July 30, 2010        DONAHUE GALLAGHER WOODS LLP

By: /s/ Julie E. Hofer
Julie E. Hofer
Attorneys for Plaintiff
AUTODESK, INC.

Dated: July 30, 2010        CLASSIC EQUINE EQUIP., INC.

By: /s/
Tom R. Burcham, III, authorized agent

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/6/2010

Hon. Marilyn H. Patel
United States District

IT IS SO ORDERED
Judge Marilyn H. Patel