|   |   |
|---|---|
| 1 | ERIC DONEY, #76260 |
|   | eric@donahue.com |
| 2 | JULIE E. HOFER, #152185 |
|   | julie@donahue.com |
| 3 | ANDREW S. MACKAY, #197074 |
|   | andrew@donahue.com |
| 4 | DONAHUE GALLAGHER WOODS LLP |
|   | 1999 Harrison Street, 25th Floor |
| 5 | Oakland, California 94612-3520 |
|   | Telephone:   (510) 451-0544 |
| 6 | Facsimile:    (510) 832-1486 |
| 7 | Attorneys for Plaintiff |
|   | AUTODESK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| AUTODESK, INC., a Delaware corporation, | CASE NO. C10-01820-MHP |
|---|---|
| Plaintiff, | **STIPULATION; ORDER OF DISMISSAL; RETENTION OF JURISDICTION** |
| v. |   |
| CLASSIC EQUINE EQUIP., INC., a Missouri corporation, |   |
| Defendant. |   |

1   Plaintiff, Autodesk, Inc. ("Autodesk"), by and through its counsel, Julie E. Hofer of
2   Donahue Gallagher Woods LLP, and defendant, Classic Equine Equip., Inc., by and through the
3   undersigned officer, hereby stipulate to the following:
4   1.   Defendant and its officers, directors, principals, agents, employees, successors, and
5   assigns, and all other persons acting in concert with or in conspiracy with or affiliated with
6   Defendant are enjoined and restrained from:
7   (a)   Copying, reproducing, distributing or using any unauthorized copies of Autodesk's
8   copyrighted software products; and
9   (b)   Otherwise infringing any of Autodesk's copyrights.
10  2.   The remaining claims for relief in this action have been settled with certain
11  additional obligations to be performed by the parties pursuant to the settlement. Further, the
12  parties agree that this Court is to retain complete jurisdiction over the settlement of the action.
13  The remaining action is hereby dismissed with prejudice provided, however, that this Court shall
14  expressly retain complete jurisdiction to vacate the dismissal to reopen the action to enforce
15  performance of the terms of the parties' settlement agreement, and the parties to this action
16  consent to the jurisdiction of the Court for said purposes.

IT IS SO STIPULATED.
Dated: 9/24/10        DONAHUE GALLAGHER WOODS LLP

By: _____
    Julie E. Hofer
    Attorneys for Plaintiff
    AUTODESK, INC.

Dated: 8-31-10        CLASSIC EQUINE EQUIP., INC.

By: _____
Name: R. Adam Busse
Title: President

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/27/10

Hon. Marilyn H. Patel
United States District Court Judge